UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60766-CIV-GAYLES/SELTZER

**INTERIM HEALTHCARE, INC.,**

        **Plaintiff,**

v.

**SUNCOAST LOVING CARE, LLC,
CB MEDICAL, LLC, JOLANTA
IZMIRLYAN and SEVAN ARTO
IRMIRLYAN,**

        **Defendants.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Defendants' Motion for Attorney's Fees [ECF No. 47]. The Court referred the Motion to Magistrate Judge Barry Seltzer pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court for a Report and Recommendation [ECF No. 49]. On November 28, 2018, Judge Seltzer issued his Report recommending that the Court deny Defendants' Motion [ECF No. 52]. Neither party has objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report and the record and finds no clear error with Judge Seltzer's well-reasoned analysis. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge Seltzer's Report and Recommendation [ECF No. 52] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Defendants' Motion for Attorney's Fees [ECF No. 47] is **DENIED**;

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of December, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE